PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ. (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
VV@PLGDAMAGE.COM
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bennea Hughes<br>Plaintiff(s),<br>v.<br>TITLE LOCK CORPORATION<br>Defendant(s). | CASE NUMBER<br>2:26-cv-04917<br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ________________

________________
is/are dismissed from (*check one*) G Complaint, G Counterclaim, G Cross-claim, G Third-Party Claim brought by ________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

08/04/2026
*Date*

/s/ Vinit R. Venkatesh, Esq.
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***